**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

Robert Frazer
United States Attorney

*Alicia Gonzalez*
Special Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*alicia.gonzalez@usdoj.gov*

*Main: (973) 645-2862*
*Direct: (973) 902-9890*

November 16, 2026

**Via Electronic Filing**
Honorable Robert Kirsch
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: *Radjabovich Teshaev v. Soto, et al,* No. 26-14636 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We write to report that U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released from custody at approximately 5:15 p.m. on November 13, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 11/16/26

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s Alicia Gonzalez
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for the Respondent*

cc: All counsel of record (*via electronic filing*)